**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 102 EM 2019
                                 :

                Respondent         :
                                 :

                                 :

                       v.              :

                                 :

JUAN MATOS,                      :
                                 :

                Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of December, 2019, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.